United States District Court
Southern District of Texas
**ENTERED**
April 13, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **JOSE JUAN GUADARRAMA,** | § | |
| Petitioner, | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00336** |
| | § | |
| **TODD M. LYONS, _et al.,_** | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1). It appears to the Court that Petitioner's case in immigration court may have been resolved, and he may no longer be detained.

The Court **ORDERS** Petitioner to file an advisory regarding the status of his detention and claims in this case **by April 17, 2026**.

It is so **ORDERED**.

**SIGNED** on April 13, 2026.

John A. Kazen
United States District Judge